IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHATELLE MAIN,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security Administration,<br><br>Defendant. | CV 25-88-M-DWM<br><br><br><br>ORDER |

The parties having filed a stipulated motion for remand,

IT IS ORDERED that the motion, (Doc. 10), is GRANTED. The Commissioner of Social Security's final decision regarding Plaintiff Chatelle Main's applications for disability benefits is REVERSED AND REMANDED to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On remand, the Commissioner will further develop the record as necessary and issue a new decision. Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS FURTHER ORDERED that all pending motions are MOOT and all deadlines are VACATED.

1

IT IS FURTHER ORDERED that the Clerk is directed to enter judgment for Plaintiff.

DATED this 4th day of November, 2025.

_____
Donald W. Molloy, District Judge
United States District Court