IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHATELLE MAIN, | CV 25-88-M-DWM |
| Plaintiff, | |
| vs. | JUDGMENT |
| FRANK BISIGNANO, Commissioner of Social Security Administration, | |
| Defendant. | |

This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

The Commissioner of Social Security's final decision regarding Plaintiff Chatelle Main's applications for disability benefits is REVERSED AND REMANDED to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).  IT IS ORDERED AND ADJUDGED, that judgment is entered in accordance with the Court's Order, (Doc. 11), in favor of the Plaintiff.  The above-entitled matter is closed.

Dated this 4th day of November, 2025.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman